**Brian F. MUELLER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 70148.**

Missouri Court of Appeals,
Western District.

April 20, 2010.

Mark A. Grothoff, Columbia, MO, for Appellant.

Evan J. Buchheim, Jefferson City, MO, for Respondent.

BEFORE DIVISION ONE: LISA WHITE HARDWICK, Presiding Judge, JAMES M. SMART, JR. and ALOK AHUJA, Judges.

**ORDER**

PER CURIAM.

Brian Mueller appeals the denial of his Rule 29.15 motion following an evidentiary hearing. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment.

AFFIRMED. Rule 84.16(b).